RECEIVED
JUL - 9 2007
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DWAYNE GRIFFIN #N03392
Plaintiff

vs.

Rod R. Blagojevich
Roger E. Walker JR
Eddie Jones
Lt - Dallas - Officer - Smithson
Defendant(s) et All

Case No. _____

# COMPLAINT

[X] 42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ] 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ] Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, DWAYNE GRIFFIN #N03392, and states as follows:

My current address is: R-R-4-Box-196- Mt-Sterling-Illinois-62353

The defendant Rod R. Blagojevich, is employed as Governor of Illinois at 207-State-house-Springfield Ill

The defendant Roger E. Walker JR., is employed as Director of Illinois Department of Corrections at 1301-Concordia-Court- P.O. Box 19277 Springfield IL 62794  62794-9277

The defendant Eddie Jones, is employed as Warden of Pontiac Correctional Center at 700-West-Lincoln-Street/P.O. Box 99- Pontiac-IL-61764

The defendant Lt. Dallas - 7-3 Shift, is employed as Correctional Officer Pontiac Correctional Center at 700-West-Lincoln-Street-P.O. Box 99-Pontiac-Ill 61764

(revised 9/96)

The defendant OFFICER-SMITHSON 7-3-, is employed as CORRECTIONAL-OFFICER PONTIAC-CORRECTIONAL Center at 700 W. LINCOLN-Street PONTIAC, ILL P.O. Box 99 61764

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?      Yes [X]      No ☐

If yes, please describe WRONGFUL-SEGREGATION-UNSAFE-AND-DANGEROUS CONDITION/WRONGFUL-Cell-Room-CAPACITY

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes [X]      No ☐

C. If your answer to B is yes, how many? 9 Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:
      Plaintiff(s) DWAYNE-GRIFFIN #N03392
      Defendant(s) Rod R Blagojevich - Roger-E Walker Jr - Tom weger - Julius flagg Jay m-merchant - michael-fisherman - Chllic - BAird - PSexico - Linda-T-Hooper

   2. Court (if federal court, give name of district; if state court, give name of county)
      Northern-Southern-of-Illinois
      65-C-6765-05-0654/315-818-319-320
   3. Docket Number/Judge James f, holderman - / Foreman - Reagan Murphy
   4. Basic claim made WRONGFUL-Segregation-UNSAFE-DANGEROUS CONDITION/WRONGFUL-Cell-CAPACITY-

   5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) Appealing-And-Still-pending-

2



6. Approximate date of filing of lawsuit  11-17-2005 - 11-30-2005 - 4-24-2006

7. Approximate date of disposition  02-17-2006 - 8-24-2006 -

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☒  No ☐

If your answer is no, explain why not  yes - All - Responses - are - Inclosed with - THE - Complaint - All - Decision - Judgement

C. Is the grievance process completed?  Yes ☒  No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*  All - Appeals - And All - Judgements - And - Decision - Are - Inclosed with - THE - Civil - Rights - Complaint - Three copys. - for - The - Courts - The - Jury - And - The - Clerk - of - Court. Causeing - The - Plaintiff - To Recieve - Emergency - medical - care - And Treatment.

## STATEMENT OF CLAIM

Place of the occurrence  Pontiac-Correctional-Center-Segregation Unit North

Date of the occurrence  7-5-2006-until-4-25-2007

Witnesses to the occurrence  The-Warden-And-All-Correctional-Officer At-The-Pontiac-Correctional-Center.

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

1) Wrongful-Segregation-Unsafe-And-Dangerous-Condition-of-Life-Health On-July 5th 2006-I-The-Plaintiff-Dwayne-Griffin-Was-Transfer-From-The Pinckneyville-Correctional-Center-To-The-Pontiac-Correctional-Center- Segregation-North-Unit-After-Arriving-at-the-Pontiac-Corr-Center-Seg-Unit- I-Plaintiff-Dwayne-Griffin-was-handcuffed-And-Forced-Into-Cell-604 were-I-Remained-Until-August 3nd-2006-were-I-was-Removed-From cell 604 136-By-Lt-Dallas-And-officer-Smithson-Of-The-7-5-Shift-After-Being-Forced-Into cell-136-I-The-Plaintiff-Dwayne-Griffin-Discover-That-There-Bobo waste-All-Over-Cell-136 (Do Do) The-Awful-Smell-was-To-much-To-Bear- Causeing-The-Plaintiff-Body-To-Be-Infected-with-Body-Sore I-Complainted-To-The-7-5-Shift-Officer-Smithson About-The-matter-But-I-was Ignored-I-Also-discover-Rats-And-mices-Running-In-And-out-of-cell-136 looking-For-Food-To-eat-on-A-Daily-Bases-Night-And-Day-24/7-I- Complaint-Once-Again-I-was-Ignored-By-All-officers-of-the-Unit North-There water-Bugs-nets-All-over-the-Cell-136-I-Begged-And-Plead-For-Help-But-I was-Ignored-Again-All-Inmates-Are-handcuffed-Behind-There-Back And-There-Ankles-And-Are-Forced-To-walk-Up-And-Down-Stairs To-Cause-Them-To-Be-Injure-on-A-Daily-Bases-To-Inflict Body-Pain-Hurt-I-Inmate-Plaintiff-Dwayne-Griffin-Has Been-Forced-And-Locked-In-Cell-136-For (3) months-No-

4

EMERGENCY CAN Bottom IN ANY OF THE cell At THE PONTIAC Seg UNIT NORTH THE UNSAFE AND DANGEROUS CONDITIONS THE CRUEL AND UNUSUAL TREATMENT PUNISHMENT NO Federal OR State COURT HAS ORDER NO SUCH SENTENCEING ~~UPON THE PLAINTIFF~~ ( Dwayne GRIFFIN) I THE PLAINTIFF DWAYNE GRIFFIN HAS NOT BROKEN OR COMMIT ANY FEDERAL OR STATE LAWS To Beheld IN AN Cell OR Forced INTO ANY Cell OR Room FOR 24 HOURS A Day This Court AND A JURY will Not Believe There Eyes THE DISEAS. That the Rats AND MICE AND ~~WATER~~ Bugs ~~AND~~ Nets CARRYS AROUND At the PONTIAC CORRECTIONAL Center The Rats mice waterBug Nets Trying TO Bite THE PLAINTIFF Dwayne GRIFFIN FOR Food All Inmates Lifes ARE AT RISK AND INDANGER At the PONTIAC CORRECTIONAL Center By THE STAFF AT THE PONTIAC CORRECTIONAL Center The Complainting the Pleading The Begging To CORRECT These matters The death TRAPS The STAFF AT the PONTIAC CORR Center CAN not Say we did Not Do it OR That They KNEW About it The Evidence will Prove The PLAINTIFF Dwayne GRIFFIN CIVIL Rights Complaint AGAISNT The Defendants At THE PONTIAC Correctional Center Seven months OF Being Locked INSide A cell Wrongfully UNJusty By STAFF At The CORRECTIONAL center The CRUEL crude Treatment AND Punishment The Spiders Help US DEAR GOD From This PAIN AND SUFFERING THE INDANGERMENT OF Life THE INDANGERMENT OF Health OF All INMATES At the PONTIAC CORR 5 CCenter) NO Federal OR State Court HAS order No such Sentencing on The PLAINTIFF

RAT-droppings-Inside-food-TRAYS (1)

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

That-All-The-defendants-Be-prosecuted-To-The fullness of-THE-LAW-AND-THAT-I-Plaintiff-Dwayne Griffin Be-Awarded-$700,000-IN-Punitive-Dameges And-$700,000-IN-monetary-Dameges-from-THE-defendants-Because-They-Refuse-To-Correct-And Resolve-These-UNSAFE-AND-Dangerous-matter At-THE-Pontiac-Correctional-center-North-unit. And-That-They-Pay-All-Court-fees-All-Attorney fees-for-All-The-Tortureing-Thats-allowed with-The-Tortureing-Super-handcuffs

(JURY DEMAND)    Yes  [X]        No [ ]

Signed this  28  day of  JUNE , 2007 .

_Dwayno Griffin_
(Signature of Plaintiff)

| Name of Plaintiff: Dwayno GRIFFIN | Inmate Identification Number: #N05392 |
|---|---|
| Address: R-R-4-BOX 196 mt-Sterling-IL 62353 | Telephone Number: |

TAKE NOTICE OF APPEALING ALL JUDGEMENTS AND ALL DECISION TO THE DIRECTOR OF ILLINOIS DEPARTMENT OF CORRECTIONS

ROGER E. WALKER JR.
---

I INMATE DWAYNE GRIFFIN IS EXHAUSTING ALL Administrative Remedies before bringing any Actions In the state and Federal courts Grievance at the Pontiac Corr Center

Respectfully Submitted
X Dwayne Griffin #N03592

Dated: 9-26-2006
Pontiac Corr Center
P.O. Box 99 - Pontiac - Ill 61764

TAKE NOTICE OF APPEALING ALL JUDGEMENTS AND ALL DECISION TO THE GOVERNOR OF ILLINOIS - Rod-R-Blagojevich.

I-INMATE-Dwayne-GRIFFIN- is-Exhausting-All administrative Remedies before bringing Any Actions IN The State And Federal Courts Grievance At the Pontiac Corr-Center

Respectfully-Submitted
X Dwayne Griffin #N03392

Dated: 9-26-2006

Pontiac-Corr-Center
P.O.Box 99
Pontiac-Ill  61764

North cell-604

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

Date: 7-15-2006
Committed Person (Please Print): DWAYNE GRIFFIN
ID#: N03392
Present Facility: PONTIAC C.C.
Facility where grievance issue occurred: PONTIAC C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [x] Disability — Segregation / Wrongful
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [x] Other (specify): UNSAFE CONDITIONS
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Disciplinary Report: NONE — PONTIAC CORR CENTER
  Date of Report / Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON JULY 5th 2006 I INMATE DWAYNE GRIFFIN WAS TRANSFER FROM THE PINKNEYVILLE C.C. TO THE PONTIAC C.C. I INMATE DWAYNE GRIFFIN HAS NOT BROKEN ANY STATE OR FEDERAL LAWS TO BE HELD IN ANY CELL OR ROOM FOR 24 HOURS A DAY NO FEDERAL OR STATE COURT HAS ORDER NO SUCH SENTENCING ON I INMATE DWAYNE GRIFFIN IS EXHAUSTING ALL OF HIS AMINISTRATIVE REMEDIES BEFORE BRING ANY ACTIONS IN THE FEDERAL AND STATE COURTS ALL INMATES ARE HAND CUFFED BEHIND ARE BACKS

Relief Requested: TO BE IMMEDIATELY RELEASED FROM THE THE PONTIAC UNIT SEGREGATION UNIT CELL 604

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature: Dwayne Griffin
ID#: N03392
Date: 7/15/2006

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: / /
[ ] Send directly to Grievance Officer
[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name / Counselor's Signature / Date of Response

**EMERGENCY REVIEW**

RECEIVED OCT - 2 2006 OFFICE OF INMATE ISSUES

Date Received: / /
Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature / Date

Distribution: Master File; Committed Person
Page 1
DOC 0046 (Eff.10/2001)
(Replaces DC 5657)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)



AND-ANKLES-To-Cause-BoBy-Injurys oN-All-Inmates-at-the-PoNTiAC-CORR-Center-oN-A-Daily-BASES.

North cell 604

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

Date: 8-1-2006  Committed Person (Please Print): Dwayne Griffin  ID#: N03392
Present Facility: Pontiac C.C.  Facility where grievance issue occurred: Pontiac C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: NONE
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): Wrongful Segregation

Date of Report: (blank)  Facility where issued: Pontiac C.C.

**Brief Summary of Grievance:** I-Inmate-Dwayne-Griffin-was-Transfer-from The-Pinckneyville-CC-To-The-Pontiac CC-on-July the 5th 2006-I-Inmate-Dwayne Griffin-has-not-Broken-any-State-or-Federal-Laws-To Be-held-In-any-cell-for 24-Hours-a-Day-No-Federal-or-State-Courts-has Order-No-Such-Sentenceing-on-I-Inmate-Dwayne Griffin-I-Inmate-Dwayne-Griffin-is-Exhausting All-is-Aministrative-Remedies-Before-Bring-any-Actions-In-the-Federal-and-State-Courts All-Inmates-Are-hand-Cuffed-Behind-There

**Relief Requested:** To-Be-Immediatley-Released-From-the-Unit North-Segregation cell-604

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature: Dwayne Griffin  ID#: N03392  Date: 8/1/2006

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: __/__/__  [ ] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED OCT - 2 2006 OFFICE OF INMATE ISSUES

**EMERGENCY REVIEW**

Date Received: 8/3/06  Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature  Date: 8/3/06

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff.10/2001) (Replaces DC 5657)
Printed on Recycled Paper

BACKS-TO-CAUSE-BODY-INJURYS-TO-All- The-INMATES-AT-The-PONTIAC-CORR-Center And-The-ANKLES-



Unit North - Cell - 136

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE

Date: 8-15-2006
Committed Person (Please Print): DWAYNE GRIFFIN
ID#: N03392
Present Facility: Pontiac C.C.
Facility where grievance issue occurred: Pontiac - C.C.

NATURE OF GRIEVANCE:
- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [x] Other (specify): Wrongful Segregation, Unsafe Conditions
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Disciplinary Report: NONE

Date of Report: —
Facility where issued: Pontiac - Corr - Center

Brief Summary of Grievance: I-Inmate-Dwayne-Griffin-was-Transfer From the Pinkneyville-C.C. To-The-Pontiac C.C. on July 5th, 2006 - I-Inmate-Dwayne-Griffin-has-Not-Broken-Any-State-or-Federal-Laws - To-Be-held-In Any Cell-For-24 Hours-A-No-Federal-or-State-Court-has-Order-No-Such-Sentenceing-on I-Inmate-Dwayne-Griffin - I-Inmate-Dwayne Griffin-is-Exhausting-All-of-his Aministrative Remedies-Before-Bring-Any-Actions-In-the Federal-And-State-Courts) The - Rats

Relief Requested: To-Be-Immediately-Released-From-the Unit-North-Segregation-Cell 136

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dwayne Griffin / N03392 / 8-15-06

### Counselor's Response (If applicable)
Date Received: _/_/_
[ ] Send directly to Grievance Officer
[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

### EMERGENCY REVIEW
Date Received: 8/18/06
Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature / 8-22-06

RECEIVED OCT - 2 2006 OFFICE OF INMATE ISSUES

Distribution: Master File; Committed Person
Page 1
DOC 0046 (Eff.10/2001) (Replaces DC 5657)

And-The-mice-That-Are-Running-IN-AND-out-oF-Cell-136-while-I-Inmate-Dwayne-Griffin-is-Trying-To-Eat-All-Three-meals-in-his-Cell-136-North-the-water-Bugs-The-rets-All-Inmates-Are-handcuffed-behind-There-BACKS-To-Cause-Baby-Injurys-At-the-Pontiac-Corr-Center-on-A-Daily-Bases



IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DWAYNE GRIFFIN )
Plaintiff )
)
) Case No. _____
v. )
)
Rod. R. Blagojevich )
Defendant et. AL. )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court
Central District
of Illinois
211-19th Street-Rock Island
ILL 61201

TO: Rod R Blagojevich
207 State house
Springfield Illinois
62794-9277

PLEASE TAKE NOTICE that on June 28th, 2007, I have filed with the U.S. Mail through the Western C.C. Correctional Center the following documents, properly addressed to the parties above: Civil Rights Complaint ⑥ Grievance Appeals Judgements decision motion for Appointment of Counsel Financial Affidavit

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 6-28-07

/s/ Dwayne Griffin
NAME: DWAYNE GRIFFIN
IDOC#: N03392
Western C.C. Correctional Center
P.O. BOX 196
Mt Sterling, IL 62353

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DWAYNE GRIFFIN  )
Plaintiff        )
                 )     Case No. _____
     v.          )
                 )
Rod. R. Blagojevich )
Defendant et. AL. )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court              TO: Robert Smithson
Central District                    700 West Lincoln
of Illinois                         Street Pontiac
211-19th Street Rock Island         Illinois 61764
ILL 61201

PLEASE TAKE NOTICE that on June-28th, 2007, I have filed with the U.S. Mail through the Western-C.C. Correctional Center the following documents, properly addressed to the parties above: Civil Rights Complaint (6) Grievance Appeals Judgements decision motion for Appointment of Counsel Financial Affiduvil

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 6-28-07          /s/ Dwayne Griffin
                       NAME: DWAYNE GRIFFIN
                       IDOC#: N03392
                       Western-C.C. Correctional Center
                       P.O. BOX 196
                       Mt-Sterling, IL 62353

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DWAYNE GRIFFIN ) 
Plaintiff )
 ) Case No. _____
v. )
 )
 )
Rod. R. Blagojevich )
Defendant et. AL. )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court
Central District
of Illinois
211-19th Street-Rock Island
ILL 61201

TO: Lt-Dallas
700 West-Lincoln
Street - Pontiac
Illinois-61764

PLEASE TAKE NOTICE that on June-28th, 2007, I have filed with the U.S. Mail through the Western-C.C. Correctional Center the following documents, properly addressed to the parties above: Civil-Rights-Complaint (6) Grievance-Appeals-Judgements-decision-motion-for-Appointment of Counsel - Financial-Affidavit

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 6-28-07

/s/ Dwayne Griffin
NAME: DWAYNE GRIFFIN
IDOC#: N03392
Western-C.C. Correctional Center
P.O. BOX 196
Mt-Sterling, IL 62353

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DWAYNE GRIFFIN )
Plaintiff )
 )
 ) Case No. _____
v. )
 )
 )
Rod. R. Blagojevich )
Defendant et. AL. )

PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court        TO: Roger E Walker JR
Central District              1301 Concordia
of Illinois                   Court Springfield
211 19th Street Rock Island   Illinois 19277
ILL 61201

PLEASE TAKE NOTICE that on JUNE 28th, 2007, I have filed with the U.S. Mail through the Western C.C. Correctional Center the following documents, properly addressed to the parties above: Civil Rights Complaint (6) Grievance Appeals Judgements decision motion for Appointment of Counsel Financial Affidavit

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 6-28-07

/s/ Dwayne Griffin
NAME: DWAYNE GRIFFIN
IDOC#: N03392
Western C.C. Correctional Center
P.O. BOX 196
Mt Sterling, IL 62353

IN THE
<u>UNITED STATES DISTRICT COURT</u>
<u>CENTRAL DISTRICT OF ILLINOIS</u>

<u>DWAYNE GRIFFIN</u> )
Plaintiff )
 )
 ) Case No. _____
v. )
 )
 )
<u>Rod R. Blagojevich</u> )
Defendant et. AL. )

---

## PROOF/CERTIFICATE OF SERVICE

TO: <u>Clerk of Court</u>  TO: <u>Eddie Jones</u>
<u>Central District</u>  <u>700 West Lincoln</u>
<u>of Illinois</u>  <u>Street Pontiac</u>
<u>211-19th Street Rock Island</u>  <u>Illinois 61764</u>
<u>Ill 61201</u>

PLEASE TAKE NOTICE that on <u>June 28th</u>, 200<u>7</u>, I have filed with the U.S. Mail through the <u>Western C.C.</u> Correctional Center the following documents, properly addressed to the parties above: <u>Civil Rights Complaint (6) Grievance Appeals Judgements decision motion for Appointment of Counsel Financial Affidavit</u>

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: <u>6-28-07</u>   /s/ <u>Dwayne Griffin</u>
NAME: <u>DWAYNE GRIFFIN</u>
IDOC#: <u>N03392</u>
<u>Western C.C.</u> Correctional Center
P.O. BOX <u>196</u>
<u>Mt Sterling</u>, IL <u>62353</u>