United States District Courts
For The ~~_____~~ District of Illinois
CENTRAL

Dwayne Griffin
  Plaintiff

Case No.

Rod R. Blagojevich
  defendant, et Al.

## Motion For Appointment of Counsel

The undersigned petitioner Dwayne Griffin Respectfully moves the court to appoint counsel for him in this cause in support petitioner states:

1) I have been incarcerated continusly since Feb 20 2004 and am presently held in custody and Residing at the Western Correctional Center in, Illinois County of Brown.

2) I am without sufficient income or assets with which to pay for the cost of these proceedings or to employ an attorney to represent me in this matter

3) I am without the services of counsel to represent me in this matter and I wish the court to appoint counsel to represent me in this matter

4) I have a constitutional right to access to the courts and without the assistance of counsel my access to the courts will not be adequate effective or meaningful because I don't have the fees for court cost, the attorney fees, I have 11 grade Education

5) My (claim/defense) in this matter is not Frivolous or malicious but is colorable and meritorious.

6) Since this matter concerns the condition duration of my confinement I have sought institutional/administrative review of this matter through the proper grievance procedures before this action was filed

Dwayne Griffin - RR-4
Dwayne Griffin / 196
Zip 62353 #N03392 Mt Sterling IL