E-FILED
Wednesday, 11 July, 2007  02:48:57 PM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Dwayne Griffin** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 07-1185, 07-1186, 07-1187, |
| | ) | 07-1188, 07-1189, 07-1190 |
| **Rod R. Blagojevich, et al** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Western Illinois Correctional Center at Mt. Sterling, IL.

**WE COMMAND** that you produce the body of **Dwayne Griffin**, Register No. **N03392**, who is in your custody at Western Illinois Correctional Center before the United States District Court on **Tuesday, August 28, 2007 at 9:45 AM** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  7/11/07

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _s/ T. Kelch_____
    Deputy Clerk