E-FILED
Wednesday, 22 August, 2007  12:07:21 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Dwayne Griffin N03392**

vs.

Case Number: **07-1185**

**Rod R Blagojevich, et. al.**

**DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed without prejudice for failure to pay the filing fee.

ENTER this 22nd day of August, 2007.

/s/ John M. Waters
JOHN M. WATERS, CLERK

/s/ K. Burns
BY: DEPUTY CLERK