E-FILED
Thursday, 30 August, 2007 02:03:37 PM
Clerk, U.S. District Court, ILCD

IN-THE-NAME-OF-JESUS-CHRIST
United-States-District-Court
Central-District-of-Illinois

Dwayne-Griffin #N03392
Plaintiff

vs.

Rod-R-Blagojevich-et-al
defendants.

Civil-No-07-1185

Harold-A-Baker
Judge.

**FILED**
AUG 3 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Notice-of-Appeal

An-appeal-is-hereby-taken-from-the-final-
Judgement-entered-in-the-above-entitled-cause

Plaintiff's-Name-Dwayne-Griffin #N03392
Plaintiff's-Address-Western-Illinois-Correctional
Center-R-R-4-Box-196-Mt-Sterling-Illinois
62353

Civil-Rights-Complaint-Judgement-Date-

8-22-2007

Dated-8-27-2007

Dwayne Griffin
#N03392                  62353
Mt-Sterling-Ill