E-FILED
Thursday, 30 August, 2007  02:35:44 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:*                                    *Docket No.:*

*Division:*

***Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)***

v.

---

***Current Counsel for Plaintiff (Petitioner):***         ***Current Counsel for Defendant (Respondent):***

*(Use separate sheet for additional counsel)*

*Name:*                                               *Name:*

*Firm:*                                                  *Firm:*

*Address:*                                         *Address:*

*Phone:*                                          *Phone:*

---

*Judge:*                                          *Nature of Suit Code:*

*Court Reporter:*                          *Date Filed in District Court:*

                                                      *Date of Judgment:*

                                                      *Date of Notice of Appeal:*

*Counsel:* ___Appointed      ___Retained      ___Pro Se

*Fee Status:*     ___Paid      ___Due      ___IFP      ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes      ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**