*IN THE NAME OF JESUS CHRIST*

E-FILED
Thursday, 20 September, 2007  02:14:33 PM
Clerk, U.S. District Court, ILCD

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

Dwayne Griffin
#N03392

v.          Case No. 07-3073

Rod-R-Blagojevich-et-AL

Appeal from the United States District Court for the
Central District of Illinois
District Court No. 07-C-1185
District Court Judge Harold-A-Baker

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: Dwayne Griffin

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 9-6-2007

My issues on appeal are: The-Civil-Rights-Complaint-The-Statement-Of-Claims-The-Rights-To-A-Jury-The-Rights-To-Appointment-Of-Counsel-The-Rights-To-Proceed-In-Forma-Pauperis

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $NONE | $NONE | $NONE | $NONE |
| Self-employment | $NONE | $NONE | $NONE | $NONE |
| Income from real property (such as rental income) | $NONE | $NONE | $NONE | $NONE |
| Interest and dividends | $NONE | $NONE | $NONE | $NONE |
| Gifts | $NONE | $NONE | $NONE | $NONE |
| Alimony | $NONE | $NONE | $NONE | $NONE |
| Child support | $NONE | $NONE | $NONE | $NONE |
| Retirement (such as social security, pensions, annuities, insurance) | $NONE | $NONE | $NONE | $NONE |
| Disability (such as social security, insurance payments) | $NONE | $NONE | $NONE | $NONE |
| Unemployment payments | $NONE | $NONE | $NONE | $NONE |
| Public-assistance (such as welfare) | $NONE | $NONE | $NONE | $NONE |
| Other (specify): NONE | $NONE | $NONE | $NONE | $NONE |
| **Total monthly income:** | $NONE | $NONE | $NONE | $NONE |

U.S.C.A. – 7th Circuit
FILED
SEP 17 2007  DDS
GINO J. AGNELLO
CLERK

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | NONE | NONE |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | NONE | NONE |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | NONE | NONE |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| NONE | NONE | Make & year: NONE |
| NONE | NONE | Model: NONE |
| NONE | NONE | Registration # NONE |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: NONE | NONE | NONE |
| Model: NONE | NONE | NONE |
| Registration # NONE | NONE | NONE |

2

**6. State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | None | None |

**7. State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| None | None | None |

**8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ] No  Is property insurance included? [ ] Yes [ ] No | $ None | $ None |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ None | $ None |
| Home maintenance (repairs and upkeep) | $ None | $ None |
| Food | $ None | $ None |
| Clothing | $ None | $ None |
| Laundry and dry-cleaning | $ None | $ None |
| Medical and dental expenses | $ None | $ None |
| Transportation (not including motor vehicle expenses) | $ None | $ None |
| Recreation, entertainment, newspapers, magazines, etc. | $ None | $ None |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ None | $ None |

3

Life NONE $ NONE $ NONE

Health NONE $ NONE $ NONE

Motor vehicle NONE $ NONE $ NONE

Other: NONE $ NONE $ NONE

Taxes (not deducted from wages or included in mortgage payments) (specify): $ NONE $ NONE

Installment payments $ NONE $ NONE

Motor Vehicle NONE $ NONE $ NONE

Credit card (name): NONE $ NONE $ NONE

Department store (name): NONE $ NONE $ NONE

Other: NONE $ NONE $ NONE

Alimony, maintenance, and support paid to others $ NONE $ NONE

Regular expenses for operation of business, profession, or farm (attach detail) $ NONE $ NONE

Other (specify): NONE $ NONE $ NONE

Total monthly expenses: $ NONE $ NONE

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [X] No  If yes, describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $ NONE

If yes, state the attorney's name, address, and telephone number:

NONE

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No   If yes, how much? $ NONE

If yes, state the person's name, address, and telephone number:

NONE

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I AM IN PRISON

13. State the address of your legal residence.

NONE

Your daytime phone number: ( NONE

Your age: 46   Your years of schooling: 11

Your social-security number: 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

5

(UNIT 1 CELL 1-26) This-is-my-Second Request-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5-31-2007

_Dwayne Griffin_
Signature of Applicant

DWAYNE-GRIFFIN
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Griffin, Dwayne I.D.# N03392, has the sum of $ -11.34 on account to his/her credit at (name of institution) WICC.
I further certify that the applicant has the following securities to his/her credit: Not known. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

6/11/07
DATE

Stephanie Downs /s/ Downs
SIGNATURE OF AUTHORIZED OFFICER

Stephanie Downs, Account Tech I
(Print name)

rev. 7/18/02

Date: 6/11/2007
Time: 1:17pm
d_list_inmate_trans_statement_composite

1:07-cv-01185-HAB-JAG    # 17    Page 7 of 11

Western Illinois Correctional Center
Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 11/01/2006 thru End;    Inmate: N03392;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate:** N03392 Griffin, Dwayne    **Housing Unit:** WIL-01-B -26

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 05/08/07 | Mail Room | 04 Intake and Transfers In | 128215 | 62946 | Pontiac C.C. | -4.67 | -4.67 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131133 | | P/R month of 04/2007 | 1.70 | -2.97 |
| 05/13/07 | Mail Room | 04 Intake and Transfers In | 138215 | 63109 | Pontiac C.C. | 2.04 | -.93 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 151215 | 5460383250 | Holy Jerusalem Church | 10.00 | 9.07 |
| 06/03/07 | Payroll | 20 Payroll Adjustment | 159133 | | P/R month of 05/2007 | 5.44 | 14.51 |

|  |  |
|---|---:|
| Total Inmate Funds: | 14.51 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 25.85 |
| Funds Available: | -11.34 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/02/2007 | 11000 | Disb | Legal Postage | 7606 CMRS-PBP   Acct. #36242386 | $0.78 |
| 05/14/2007 | 11089 | Disb | Library | 2 DOC: 523 Fund Library | $6.55 |
| 05/14/2007 | 11090 | Disb | Library | 2 DOC: 523 Fund Library | $16.45 |
| 05/17/2007 | 11136 | Disb | Legal Postage | 7606 CMRS-PBP   Acct. #36242386 | $0.97 |
| 06/07/2007 | 1.05 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $1.10 |
| | | | | **Total Restrictions:** | **$25.85** |

Date: 06/11/2007      Western Illinois Correctional Center      Page 1
Time: 10:08am

d_list_inmate_trans_statement_composite

**Trust Fund**

View Transactions

### Inmate: N03392 Griffin, Dwayne      Housing Unit: WIL-01-B -26

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 05/08/07 | Mail Room | 04 Intake and Transfers In | 128215 | 62946 | Pontiac C.C. | -4.67 | -4.67 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131133 | | P/R month of 04/2007 | 1.70 | -2.97 |
| 05/18/07 | Mail Room | 04 Intake and Transfers In | 138215 | 63109 | Pontiac C.C. | 2.04 | -.93 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 151215 | 5460383250 | Holy Jerusalem Church | 10.00 | 9.07 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159133 | | P/R month of 05/2007 | 5.44 | 14.51 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 14.51 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 25.85 |
| Funds Available: | -11.34 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 1/8/2007
Time: 9:34am
d_list_inmate_trans_statement_composite

# Pontiac Correctional Center
# Trust Fund
## Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 10/08/2006 thru End;   Inmate: N03392;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

Inmate: N03392 Griffin, Dwayne          Housing Unit: PON-N -06-39

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | -34.24 |
| 11/13/06 | Mail Room | 01 MO/Checks (Not Held) | 317262 | 509325 | Griffin, Hope | 50.00 | 15.76 |
| 11/15/06 | Disbursements | 84 Library | 319320 | Chk #61084 | 481625, DOC: Library Copies, Inv. Date: 08/28/2006 | -8.60 | 7.16 |
| 11/15/06 | Disbursements | 84 Library | 319320 | Chk #61084 | 484446, DOC: Library Copies, Inv. Date: 09/29/2006 | -.60 | 6.56 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 480815, Pitney Bowes Bank, Inc, Inv. Date: 08/21/2006 | -.39 | 6.17 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 485042, Pitney Bowes Bank, Inc, Inv. Date: 10/03/2006 | -.78 | 5.39 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 487718, Pitney Bowes Bank, Inc, Inv. Date: 10/27/2006 | -.78 | 4.61 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 484561, Pitney Bowes Bank, Inc, Inv. Date: 09/29/2006 | -.63 | 3.98 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 480226, Pitney Bowes Bank, Inc, Inv. Date: 08/17/2006 | -1.35 | 2.63 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 486892, Pitney Bowes Bank, Inc, Inv. Date: 10/19/2006 | -.39 | 2.24 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 487074, Pitney Bowes Bank, Inc, Inv. Date: 10/23/2006 | -.39 | 1.85 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 479861, Pitney Bowes Bank, Inc, Inv. Date: 08/15/2006 | -.63 | 1.22 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 482021, Pitney Bowes Bank, Inc, Inv. Date: 08/31/2006 | -.39 | .83 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 481509, Pitney Bowes Bank, Inc, Inv. Date: 08/28/2006 | -.39 | .44 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 486102, Pitney Bowes Bank, Inc, Inv. Date: 10/13/2006 | -.39 | .05 |

|  |  |
|---|---|
| Total Inmate Funds: | .05 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 12.79 |
| Funds Available: | -12.74 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

## RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/26/2006 | 484286 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.83 |
| 10/18/2006 | 486697 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 10/25/2006 | 487451 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 11/01/2006 | 488105 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 11/09/2006 | 488875 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |
| 11/13/2006 | 489073 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |
| 11/27/2006 | 490124 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
| 11/27/2006 | 490309 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |

Date: 1/8/2007
Time: 9:34am
d_list_inmate_trans_statement_composite

# Pontiac Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 10/08/2006 thru End;   Inmate: N03392;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** N03392 Griffin, Dwayne              **Housing Unit:** PON-N -06-39

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/11/2006 | 492111 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |
| | | | | **Total Restrictions:** | **$12.79** |

In The Name Of Jesus Christ

# IN THE UNITED STATES COURT OF APPEALS FOR SEVENTH CIRCUIT CHICAGO ILLINOIS

DWAYNE GRIFFIN  
Plaintiff, Appellant

v.  Case No. 07-3073

Rod R Blagojevich Et Al  
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: United States Court Of Appeals For The Seventh Circuit 219 So. Dearborn Street Chicago Ill 60604

TO: Rod R Blagojeich 207 State house Springfield Ill 62701

PLEASE TAKE NOTICE that on ~~July~~ 9-6, 2007, I have placed the documents listed below in the institutional mail at Western Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Affidavit Accompanying motion for Permission to Appeal In Forma Pauperis 6 Copys motion for appointment of Counsel

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: ~~9-6-07~~ 9-6-07

/s/ Dwayne Griffin  
NAME: DWAYNE GRIFFIN  
IDOC#: ~~#N03392~~  
Western Correctional Center  
P.O. BOX 196  
Mt Sterling, IL 62353

Revised Jan 2002