*IN-THE-NAME-OF- JESUS CHRIST-*

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FOR-THE-Central District of ILLINOIS

Dwayne-Griffin
Plaintiff #N03392

V.

Rod-R-Blagojevich et.AL
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-1185
Judge-harold-A-Baker

I, Dwayne-Griffin declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  Western- C.C.
   Are you employed at the institution? NO   Do you receive any payment from the institution? Yes
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $10.00 Dollars-A-month-State-pay from-The-Prison-
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. NONE

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends            ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes    ☒ No
   d. Disability or workers compensation payments     ☐ Yes    ☒ No
   e. Gifts or inheritances                           ☐ Yes    ☒ No
   f. Any other sources  Church-gifts                 ☒ Yes    ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

CHURCH - gifts - $10.00 Dollars

4. Do you have **any** cash or checking or savings accounts?　☐ Yes　☒ No

   If "Yes," state the total amount. _NONE_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?　☐ Yes　☒ No

   If "Yes," describe the property and state its value.
   NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. NONE

I declare under penalty of perjury that the above information is true and correct.

10-12-2007　　　　_Dwayne Griffin_
Date　　　　　　　Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

(UNIT-1-B-Cell-26) this-is-my-Second Request

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5-31-2007

*Dwayne Griffin*
Signature of Applicant

DWAYNE-GRIFFIN
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Griffin, Dwayne I.D.# N03392, has the sum of $ -11.34 on account to his/her credit at (name of institution) WICC. I further certify that the applicant has the following securities to his/her credit: Not known. I further certify that during the past six months the applicant's average monthly deposit was $_____ (Add all deposits from all sources and then divide by number of months).

6/11/07
DATE

Stephanie Downs /Downs/
SIGNATURE OF AUTHORIZED OFFICER

Stephanie Downs, Account Tech I
(Print name)

CASE NO 07-1185

rev. 7/18/02

-3-

SD428

Date: 6/11/2007  
Time: 1:17pm  
d_list_inmate_trans_statement_composite

**Western Illinois Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 11/01/2006 thru End; Inmate: N03392; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: N03392 Griffin, Dwayne**  
**Housing Unit: WIL-01-B -26**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 05/08/07 | Mail Room | 04 Intake and Transfers In | 128215 | 62946 | Pontiac C.C. | -4.67 | -4.67 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131133 | | P/R month of 04/2007 | 1.70 | -2.97 |
| 05/13/07 | Mail Room | 04 Intake and Transfers In | 138215 | 63109 | Pontiac C.C. | 2.04 | -.93 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 151215 | 5460383250 | Holy Jerusalem Church | 10.00 | 9.07 |
| 06/03/07 | Payroll | 20 Payroll Adjustment | 159133 | | P/R month of 05/2007 | 5.44 | 14.51 |

| | |
|---|---|
| Total Inmate Funds: | 14.51 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 25.85 |
| Funds Available: | -11.34 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/02/2007 | 11000 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.78 |
| 05/14/2007 | 11089 | Disb | Library | 2 DOC: 523 Fund Library | $6.55 |
| 05/14/2007 | 11090 | Disb | Library | 2 DOC: 523 Fund Library | $16.45 |
| 05/17/2007 | 11136 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.97 |
| 06/07/2007 | 1.05 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $1.10 |
| | | | | Total Restrictions: | $25.85 |

# Western Illinois Correctional Center
## Trust Fund
### View Transactions

**Inmate:** N03392 Griffin, Dwayne          **Housing Unit:** WIL-01-B -26

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 05/08/07 | Mail Room | 04 Intake and Transfers In | 128215 | 62946 | Pontiac C.C. | -4.67 | -4.67 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131133 | | P/R month of 04/2007 | 1.70 | -2.97 |
| 05/18/07 | Mail Room | 04 Intake and Transfers In | 138215 | 63109 | Pontiac C.C. | 2.04 | -.93 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 151215 | 5460383250 | Holy Jerusalem Church | 10.00 | 9.07 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159133 | | P/R month of 05/2007 | 5.44 | 14.51 |

|  |  |
|---|---|
| Total Inmate Funds: | 14.51 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 25.85 |
| Funds Available: | -11.34 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 1/8/2007
Time: 9:34am
d_list_inmate_trans_statement_composite

# Pontiac Correctional Center
# Trust Fund
## Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 10/08/2006 thru End;  Inmate: N03392;  Active Status Only ? : No;  Print Restrictions ? : Yes; Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate:** N03392 Griffin, Dwayne         **Housing Unit:** PON-N -06-39

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | -34.24 |
| 11/13/06 | Mail Room | 01 MO/Checks (Not Held) | 317262 | 509325 | Griffin, Hope | 50.00 | 15.76 |
| 11/15/06 | Disbursements | 84 Library | 319320 | Chk #61084 | 481625, DOC: Library Copies, Inv. Date: 08/28/2006 | -8.60 | 7.16 |
| 11/15/06 | Disbursements | 84 Library | 319320 | Chk #61084 | 484446, DOC: Library Copies, Inv. Date: 09/29/2006 | -.60 | 6.56 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 480815, Pitney Bowes Bank, Inc, Inv. Date: 08/21/2006 | -.39 | 6.17 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 485042, Pitney Bowes Bank, Inc, Inv. Date: 10/03/2006 | -.78 | 5.39 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 487718, Pitney Bowes Bank, Inc, Inv. Date: 10/27/2006 | -.78 | 4.61 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 484561, Pitney Bowes Bank, Inc, Inv. Date: 09/29/2006 | -.63 | 3.98 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 480226, Pitney Bowes Bank, Inc, Inv. Date: 08/17/2006 | -1.35 | 2.63 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 486892, Pitney Bowes Bank, Inc, Inv. Date: 10/19/2006 | -.39 | 2.24 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 487074, Pitney Bowes Bank, Inc, Inv. Date: 10/23/2006 | -.39 | 1.85 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 479861, Pitney Bowes Bank, Inc, Inv. Date: 08/15/2006 | -.63 | 1.22 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 482021, Pitney Bowes Bank, Inc, Inv. Date: 08/31/2006 | -.39 | .83 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 481509, Pitney Bowes Bank, Inc, Inv. Date: 08/28/2006 | -.39 | .44 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 486102, Pitney Bowes Bank, Inc, Inv. Date: 10/13/2006 | -.39 | .05 |

|  |  |
|---|---|
| Total Inmate Funds: | .05 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 12.79 |
| Funds Available: | -12.74 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

## RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/26/2006 | 484286 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.83 |
| 10/18/2006 | 486697 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 10/25/2006 | 487451 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 11/01/2006 | 488105 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 11/09/2006 | 488875 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |
| 11/13/2006 | 489073 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |
| 11/27/2006 | 490124 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
| 11/27/2006 | 490309 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |

Page 1

Date: 1/8/2007
Time: 9:34am
d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 10/08/2006 thru End;   Inmate: N03392;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N03392 Griffin, Dwayne**                         **Housing Unit: PON-N -06-39**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/11/2006 | 492111 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |
| | | | | Total Restrictions: | $12.79 |

*IN THE NAME OF JESUS CHRIST*

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DWAYNE GRIFFIN #N03392
Plaintiff,

v.

Case No. 07-1185
Judge HAROLD A BAKER

Rod R Blagojevich et al
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court
U.S. District Court
600 E Monroe Springfield
Illinois 62701

TO: Rod R Blagojevich
207 State House
Springfield Illinois
62706

PLEASE TAKE NOTICE that on 10-12, 2007, I have placed the documents listed below in the institutional mail at WESTERN — Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Grievances-Appeals-Motion-In-Forma-Judgements-And-Decision-Six-Civil-Pauperis-Rights-Complaint-Application-To-Proceed-without-Prepayment-of-fees-And-Affidavit-Motion-For-Leave-To-Proceed-In-Forma-Pauperis

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 10-12-2007

/s/ Dwayne Griffin
NAME: DWAYNE GRIFFIN
IDOC#: #N03392
WESTERN Correctional Center
P.O. BOX 196
MT STERLING, IL 62353

Revised Jan 2002