The name of Jesus Christ

In the united states District court
for the Central District of Illinois

FILED
NOV 0 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dwayne Griffin
Plaintiff. #N03382
vs.
Rod R. Blagojevich et al
defendant.

Civil No - 07-1185 -
  07-1186 -   07-3214 -
  07-1187 -   07-3219 -
  07-1188 -   07-3220 -
  07-1189 -   07-3221 -
  07-1190 -   07-3223 -
  07-1202 -   07-3224 -

Judge Harold A Baker

Motion for Access to the Law Library.

Now comes the Plaintiff Dwayne Griffin Pro-se in the Above Entitled cause.

(1) I the Plaintiff Dwayne Griffin has 13 civil Rights cases pending in this court before Judge Harold A Baker

(2) I the Plaintiff Dwayne Griffin has been given seven court orders to fulfill by this court.

(3) I the Plaintiff Dwayne Griffin has Requested to have Access to the Law Library here at the Western Illinois Correctional Center Mt Sterling Illinois 62353 to fulfill All court orders in a timely fashion to comply with All court orders.

(4) Furthermore without the Access to the Law Library I the Plaintiff Dwayne Griffin cannot fulfill All court orders

(5) in a timely manner or to have copys made for the courts or to do research in the plaintiff Dwayne Griffin's civil rights pending cases.

(6) Furthermore I the plaintiff Dwayne has a constitutional right to access to the courts.

(7) But without access to the law library I the plaintiff Dwayne Griffin cannot fulfill or comply with all court orders in a timely manner.

(8) The law library here at the Western Illinois Correctional Center Mt. Sterling Illinois 62353 is open on a daily bases Monday-Friday.

(9) Furthermore I the plaintiff Dwayne Griffin prays that this court grants the plaintiff Dwayne Griffin motion so that the plaintiff can and will fulfill and comply with all court orders in timely manner.

Subscribed and sworn to before me
This __23__ day of October 2007
My commission expires 4/22/10

Michele Olson
Notary Public

"OFFICIAL SEAL"
MICHELE OLSON
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 04/22/10

Respectfully submitted
Dwayne Griffin
R-R-4-Box 196
Mt. Sterling Ill
62353