# United States District Court

CENTRAL DISTRICT OF ILLINOIS

Dwayne Griffin

    vs.                                            Case Number:    **07-1185**

**Rod R. Blagojevich, et al.**

## ORDER

      Pursuant to the **1/9/08** mandate, in appellate case number **07-3073**, from the United States Court of Appeals, Seventh Circuit **[22]**, the agency having custody of the plaintiff, **Dwayne Griffin,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 15th day of January, 2008

                                              __s/Harold A. Baker_____
                                              HAROLD A. BAKER
                                              U.S. District Judge